IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Heinz W. Bade and
Jennba Corporation
**Plaintiff(s)**

\*

\*

\*

vs.

Myron J. Schuster
**Defendant(s)**

\*

\*

\******

Case No.: S01-2810

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

OCT 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, DINESH C. VERMA, am a member in good standing of the bar of this Court. My bar number is 14254. I am moving the admission of KENNETH S. NANKIN to appear *pro hac vice* in this case as counsel for MYRON J. SCHUSTER.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | Oct. 14, 1988 |
| D.C. Court of Appeals | Sept. 6, 1989 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a

U.S. District Court (Rev. 7/2001) - Pro Hac Vice                                         Page 1 of 2



statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _DINESH C. VERMA_, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Dinesh C. Verma | KENNETH S. NANKIN |
| Printed Name | Printed Name |
| Nankin + Verma PLLC | Nankin + Verma PLLC |
| Firm | Firm |
| 1212 New York Ave, NW Ste. 1100 | 1212 New York Ave. NW Ste. 1100 |
| Address Washington, DC 20036 | Address Washington, DC 20036 |
| 202 463-4911 | 202 463-4911 |
| Telephone Number | Telephone Number |
| 202 463-6177 | 202 463-6177 |
| Fax Number | Fax Number |

*********************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_10/4/01_
Date

_[signature]_
United States District Judge

____FILED    ____ENTERED
____LODGED   ____RECEIVED

OCT 4 2001

DEPUTY